UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5197 BHS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING DEFENSE UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND |
| JEREMY SCHLENKER, | ) ) | PRETRIAL MOTIONS DUE DATE |
| Defendant. | ) ) ) | |

THE COURT has considered the defendant's motion to continue the trial date and pretrial motions deadline and the government's verbal agreement at the motion hearing held on May 21, 2015, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Schlenker*; CR15-5197 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1    (e) the ends of justice will best be served by a continuance, and the ends of
2 justice outweigh the best interests of the public and the defendant in any speedier trial,
3 as set forth in 18 U.S.C. § 3161(h)(7)(A); and
4    (f) the additional time requested between the current trial date of June 2, 2015,
5 and the new trial date is necessary to provide counsel for the defendant the reasonable
6 time necessary to prepare for trial, all of the facts set forth above.
7    (g) that the period of delay from the date of this motion to the new trial date is
8 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
9    IT IS THEREFORE ORDERED that the trial date in this matter shall be
10 continued to November 3, 2015, and that pretrial motions shall be filed no later than
11 September 23, 2015.  Pretrial Conference is set for October 26, 2015 at 1:30 pm.
12    DONE this 21st day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Miriam Schwartz*
s/ *Colin Fieman*
Assistant Federal Public Defenders
Attorney for Jeremy Schlenker

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Schlenker*; CR15-5197 BHS) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710