UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEREMY SCHLENKER,<br><br>Defendant. | NO. CR15-5197-BHS<br><br>ORDER TO SEAL |

Having read the Motion for Entry of a Discovery Protective Order in the above-captioned case, which has been requested to be sealed, and the Motion to Seal requesting that said document be allowed to be filed and remain under seal,

It is hereby ORDERED that the Motion for Entry of a Protective Order, as well as the Protective Order itself, filed under seal, shall be sealed and remain sealed until further Order by this Court.

DATED this 21st day of May, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

ORDER TO SEAL
*United States v. Schlenker,* CR15-5197-BHS- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970