UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JEREMY SCHLENKER,<br><br>Defendant. | NO. CR15-5197BHS<br><br>ORDER AUTHORIZING RELEASE OF DODGE STRATUS VEHICLE |

This matter, having come to the Court's attention on the United States of America's Motion for Order Authorizing Release of Victim's Vehicle, and the Court, having considered the motion and overruling any objection by the defendant, Jeremy Schlenker, and being fully advised in this matter and finding that the government has established good cause, it is HEREBY ORDERED:

The green four-door Dodge Stratus with Washington license plate number AGG7004 and Vehicle Identification Number 1B3EJ46X1WN218735, held in the custody of the Federal Bureau of Investigation, is to be released to its registered owner within thirty (30) days unless the parties move to extend that date for the purpose of conducting further investigation.

DATED this 26th day of May, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER/*United States v. Schlenker,*
CR15-5197BHS- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970